IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr44-MHT |
| | ) | (WO) |
| DEION CORTEZ SANDERS | ) | |

SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Deion Cortez Sanders to receive mental-health and substance-abuse treatment in accordance with the detailed recommendations of Dr. Ashlee Zito and the conditions of supervision. *See* Psychological Evaluation (Doc. 28-1) at 14-15. This shall include frequent individual psychotherapy using a treatment modality shown to be effective for PTSD with a provider with expertise in trauma and trauma-informed treatment, focused on improving coping skills,

maintaining sobriety and employment, and dealing with perceived danger without resort to guns; monitoring of his chronic or ongoing pain; psychiatric treatment; and participation in Narcotics Anonymous, Alcoholics Anonymous, or a similar program, including a sponsor for support.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Sanders to receive vocational rehabilitation services.

(3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Sanders is faring.

(4) The United States Probation Office shall ensure that, prior to beginning treatment, any professional treating defendant Sanders receives a copy of the psychological evaluation conducted by Dr. Zito (Doc. 28-1).

(5) The probation officer should review Dr. Zito's findings and, in particular, her recommendations for communicating with defendant Sanders in light of his intellectual ability, and should explain to him in concrete and simple terms how to deal with perceived dangers without a gun.  *See* Psychological Evaluation (Doc. 28-1) at 15.

DONE, this the 17th day of October, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE